

**NUMBER 13-12-00114-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROGER HOLMES,**                                             **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                      **APPELLEE.**

---

**On Appeal from the 130th District Court
of Matagorda County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Roger Holmes, attempts to appeal a conviction for delivery of a controlled substance. The trial court has certified that the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On June 28, 2012, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On October 2, 2012, counsel filed a letter brief with this Court. Counsel's response does not establish: (1) that the certification currently on file with this Court is incorrect, or (2) that appellant otherwise has a right to appeal. Counsel also filed a motion to withdraw as attorney of record and a motion for leave to file letter findings.

Counsel's motion for leave to file letter findings is GRANTED. The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Counsel's motion to withdraw as attorney of record is GRANTED. All other pending motions are dismissed as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
18th day of October, 2012.